UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. TAURO, | § |
| Plaintiff, | § § § |
| v. | § CIVIL ACTION NO. 14-816 |
| DIRECT ENERGY LP, | § § § |
| Defendant, | § |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, John J. Tauro ("Plaintiff"), stipulates to the dismissal with prejudice of all of his claims and causes of action asserted against Defendant Direct Energy, LP.

WHEREFORE, Plaintiff prays that his claims asserted against Defendant in this suit be dismissed with prejudice, and that each of these parties bear their own attorneys' fees and costs of court.

/s/ 
John J. Tauro
Plaintiff *Pro Se*

11 CORNELL AVE., #2
PITTSBURGH, PA 15229
P: (412) 415-3232
E: jontaur81@gmail.com

CLARK HILL THORP REED

/s/ 
Elizabeth F. Collura
Bar No. 206197

1

One Oxford Centre  
301 Grant St, 14th Floor  
Pittsburgh, Pennsylvania 15219  
P: (412) 394-2328  
F: (412)- 394-2555  
ecollura@clarkhillthorpreed.com

OF COUNSEL:

Michael D. Matthews, Jr.*
Texas Bar No. 24051009
EDISON, MCDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
T: (713) 337-5580
F: (713) 337-8850
matt.matthews@emhllp.com

*Applications to the Western District
of Pennsylvania to be filed.

ATTORNEYS FOR DEFENDANT
DIRECT ENERGY, LP